IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHELE YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the government's request for hearing on Rule 35(b) motion (filing 51). Having considered the matter,

IT IS ORDERED that:

(1) The government's request for hearing on Rule 35(b) motion (filing 51) is granted.

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 49) has been set before the undersigned United States district judge at 12:30 p.m., Monday, February 6, 2006, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) At the request of the defendant through her counsel, and with the agreement of the government, the defendant may be absent from the hearing on the Rule 35 motion.

(4) The Marshal is directed not to return the defendant to the district.

(5) The defendant is held to have waived her right to be present.

January 31, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge